RIVERA & ASSOCIATES
2180 Harvard Street, Suite 310
Sacramento, California 95815
Tel: 916-922-120 Fax: 916 922-1303

Jesse M. Rivera, Cal. SBN 84259
Shanan L. Hewitt, Cal. SBN 200168
Jonathan B. Paul, Cal. SBN 215884
Jamil R. Ghannam, Cal. SBN 300730
Jill B. Nathan, Cal. SBN 186136

Attorneys for Defendants
County of Sacramento, M. Pirotto,
Paul G. Lake, Dave Hyde

Donnelle McClain
PO Box 7596
Las Vegas, NV 89125
(702) 758-2800

In pro se

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DONNELLE MCCLAIN, | CASE NO. 2:15-CV-980 JAD-GWF |
| Plaintiff, | **STIPULATION OF DISMISSAL and ORDER** |
| v. | Fed. R. Civ. P. 41(a)(1) |
| PAUL G. LAKE, DAVE HYDE, M. PIROTTO, and the COUNTY OF SACRAMENTO, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between pro se Plaintiff, DONNELLE MCCLAIN, and Defendants, PAUL G. LAKE, DAVE HYDE, M. PIROTTO, and the COUNTY OF SACRAMENTO, by and through Defendants' attorney, Jesse M. Rivera, that the above-entitled action be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

STIPULATED DISMISSAL;[Proposed] ORDER

This Stipulation for Dismissal encompasses all claims and all parties. Each party is to bear its own fees and costs, including all attorneys' fees.

Dated: 08/31/2015

DONNELLE MCCLAIN,
Plaintiff IN PRO SE

Dated: 8/31/15

JESSE M. RIVERA, Attorney for Defendants PAUL G. LAKE, DAVE HYDE, M. PIROTTO, THE COUNTY OF SACRAMENTO

### ORDER

Based on the parties' stipulation, IT IS HEREBY ORDERED this action is DISMISSED with prejudice, each side to bear its own fees and costs. All pending motions are DENIED as moot. The Clerk of Court is instructed to close this case.

Dated: September 25, 2015.

_____
UNITED STATES DISTRICT JUDGE

STIPULATED DISMISSAL                         2